

ENTERED
07/31/2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
KIMBERLY MOORE § CASE NO: 19-32329
　　Debtor(s) §
 §  CHAPTER 13

## ORDER DENYING MOTION FOR RELIEF FROM STAY

This matter is before the Court on the Motion for Relief from Stay (ECF No. 32) filed by US Bank Trust National Association as Trustee of the Cabana Series III Trust. The movant has failed to self-calendar this matter for hearing as required by this Court's procedures.[1] In addition, the applicant has failed to do the following: (1) include a hearing date in the notice as required by Bankruptcy Local Rule 4001-1(a)(2); (2) include a certificate that the movant has conferred with opposing counsel and been unable to reach an agreement on the requested relief; and (3) attach a proposed order to the motion as required by Bankruptcy Local Rule 9013-1(h).

**THEREFORE, IT IS ORDERED** that the Motion for Relief from Stay (ECF No. 32) is denied without prejudice.

SIGNED: 07/31/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.